IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EDITH R. TAYLOR, | ) | |
| Plaintiff, | ) | 4:07CV127 |
| v. | ) | |
| | ) | ORDER |
| WELLS FARGO BANK, et al., | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to appeal the magistrate's order, Filing No. 5. The magistrate determined plaintiff failed to provide the required information for the in forma pauperis petition. The magistrate gave plaintiff 20 days to file the appropriate information. After a review of the record, the court finds the magistrate is correct and denies the appeal. Further, it appears the plaintiff has now filed a new application to proceed in forma pauperis which will be reviewed in due course by the magistrate.

THEREFORE, IT IS ORDERED that the appeal by the plaintiff, Filing No. 5, is denied. The order of the magistrate, Filing No. 4, is adopted in its entirety.

DATED this 3rd day of May, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge